THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
GEORGE ZEITZ, Appellant.

Argued June 9, 1941; decided July 29, 1941.

*Harry G. Anderson* and *Samuel Goldstein* for appellant.

*William O'Dwyer*, District Attorney (*Thomas Cradock Hughes* and *Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.